IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTHUR SPENCER PAYTON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv588 |
| BRACK JONES, JR. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Arthur Spencer Payton, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Brack Jones, Jr., his criminal defense attorney.

    The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action with prejudice as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 15 day of **November, 2005.**

_____
Thad Heartfield
United States District Judge